UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-CR-0554-GPC |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER: GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** [ECF No. 80] |
| SONIA RENEE OCHOA, | |
| Defendant. | **DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS** [ECF No. 77] |

Upon motion by the government, ECF No. 80, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Superseding Information, ECF No. 19, without prejudice.

In addition, the Court DENIES as MOOT the Defendant's sealed motion to dismiss. ECF No. 77.

**IT IS SO ORDERED.**

Dated:  July 28, 2023

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge